UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> WASHINGTON STATE ATTORNEY GENERAL, <br><br> Respondent. | CASE NO. 2:24-cv-00721-JHC-GJL <br><br> REPORT AND RECOMMENDATION <br><br> Noting Date: June 18, 2024 |

Petitioner John Robert Demos is a Washington prisoner who is well-known locally and nationally as an abusive litigant. Mr. Demos has submitted to the Court for filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] (Dkt. 1.) However, Mr. Demos failed to submit with his Petition the requisite filing fee for this action. An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ

---

[1] The Clerk's Office has docketed this Petition as one proceeding under 28 U.S.C. § 2241; however, because Mr. Demos has used the Court's form for filing a Petition under 28 U.S.C. § 2254 and because it appears he seeks to challenge the validity of his state court conviction, the Court construes his Petition as a Petition for writ of habeas corpus under 28 U.S.C. § 2254. *See* Dkt. 1.

REPORT AND RECOMMENDATION - 1

1 pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos*
2 *v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

3       As Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the
4 Court's Order of March 13, 1997, the Clerk be **DIRECTED** to administratively **CLOSE** this
5 matter. A proposed Order is attached.

6       Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties
7 shall have fourteen (14) days from service of this report to file written objections. *See also* Fed.
8 R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of
9 *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of
10 those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda*
11 *v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time
12 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on June 18,
13 2024, as noted in the caption.

14       Dated this 4th day of June, 2024.

17 Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2