UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>                    Petitioner,<br><br>     v.<br><br>WASHINGTON STATE ATTORNEY GENERAL,<br><br>                    Respondent. | CASE NO. 2:24-cv-00721-JHC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold (Dkt. # 2), objections to the Report and Recommendation (R&R) (Dkt. # 3), and the remaining record, does hereby ORDER:

(1) As explained in the R&R, Plaintiff has failed to submit the requisite filing fee for this action. Nor do his objections present any valid legal argument for avoidance of the fee. Accordingly, the Court adopts the Report and Recommendation.

(2) The Clerk shall administratively CLOSE this matter. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

(3) The Clerk shall send copies of this Order to Petitioner and to the Hon. Grady J. Leupold.

**DATED** this 3rd day of July, 2024.

                                              JOHN H. CHUN
                                              United States District Judge